FILED
June 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003538837

1  C. Anthony Hughes SBN: 250998
2  1395 Garden Highway, Suite 150
   Sacramento, CA 95833
3  Ph:  916.440.6666
   Fax: 916.254.6666
4  Attorney for Debtors

5

6              UNITED STATES BANKRUPTCY COURT
       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
7

8

9  In re:                              )   Case No. 11-30911-A-13J
                                        )   Chapter 13
10 **LONNIE DEAN PRICE**                )   Docket Control No.: CAH-001
   **and BRENDA LEE PRICE**             )
11                                      )   Judge: Michael S. McManus
                                        )   Date:  07/05/2011
12         Debtors                      )   Time:  1:30 PM
                                        )   Place: 501 I Street, 6th Floor
13                                      )          Sacramento, CA 95814
                                        )          Department A– Courtroom 28
14                                      )   Trustee: Jan P. Johnson
                                        )
15                                      )
                                        )   **PROOF OF SERVICE**
16                                      )   **MOTION TO VALUE COLLATERAL OF**
17                                      )   **PATELCO CREDIT UNION, SECOND**
   _____ )        **POSITION**
18

19

20 On 06/03/2011, I served by mail the following documents:

21
   • **NOTICE OF MOTION TO VALUE COLLATERAL OF PATELCO CREDIT UNION, SECOND
22    POSITION.**
   • **MOTION TO VALUE COLLATERAL OF PATELCO CREDIT UNION, SECOND POSITION.**
23 • **DECLARATION OF DEBTORS TO SUPPORT MOTION TO VALUE COLLATERAL OF
24    PATELCO CREDIT UNION, SECOND POSITION.**
   • **DECLARATION OF BRENT FULFER AUTHENTICATING EXHIBIT A.**
25 • **EXHIBIT A IN SUPPORT OF MOTION TO VALUE COLLATERAL OF PATELCO CREDIT
      UNION, SECOND POSITION.**
26 • **EXHIBIT B IN SUPPORT OF MOTION TO VALUE COLLATERAL OF PATELCO CREDIT
27    UNION, SECOND POSITION**

28

In re: Price
11-30911

by depositing in a US Postal Service mailbox true copies in sealed envelopes with prepaid postage addressed to the following parties:

CREDITOR(S):

Scott Waite (*)
PATELCO CREDIT UNION
156 2nd Street
San Francisco, CA 94105

(*) Certified
---------------------------------------------------
Trustee:
    Jan P. Johnson
    Chapter 13 Trustee
    PO Box 1708
    Sacramento, CA 95812
and
    United States Trustee
    501 I Street, Room 7-500
    Sacramento, CA 95814

    I am over the age of 18, not a party to this action, and my business address is 1395 Garden Highway, Suite 150, Sacramento, CA 95833.  I declare under penalty of perjury under the laws of the state of California that the foregoing statement is true and accurate.

Sacramento, CA

06/03/2011                       By:     /s/ Kathleen Colvin
                                                   KATHLEEN COLVIN